COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Geovanny Francisco Laguan v. The State of Texas

Appellate case number:      01-12-00650-CR
01-12-00651-CR

Trial court case number:      11CCR158234

Trial court:      County Court at Law No. 3 of Fort Bend County

The records in these appeals were due on August 20, 2012. The clerk's record was filed in 01-12-00650-CR on September 10, 2012, and the clerk's record was filed in 01-12-00651-CR on August 31, 2012. The reporter's record has not been filed in either appeal.

On April 18, 2013, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested or made arrangements to pay for the record. The Clerk further notified appellant that unless the Court received written evidence that appellant had paid for or made arrangements to pay for the record by May 20, 2013, the Court might consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

The deadline has expired and no written evidence that the appellant has paid or made arrangements to pay for the record has been filed with this Court. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order.

Appellee's brief is ORDERED to be filed within 30 days of the filing of appellant's brief.

It is so ORDERED.

Judge's signature: _____
☑ Acting individually     ☐ Acting for the Court

7/18/2013